# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br>vs.<br>Alexia Karina Carrillo-Orozco,<br>                            Defendant. | Case No. 17-CR-02042-CAB<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, with prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Information:

8:1324(a)(2)(B)(ii); 18:2; 8:1324(a)(2)(B)(iii)– Bringing in Aliens for Financial Gain; Aiding and Abetting; Bringing in Aliens without presentation

Dated: 12/20/2018

*/s/ Jill Burkhardt*
Hon. Jill L. Burkhardt
United States Magistrate Judge